IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHAN STEWART,<br><br>            Plaintiff,<br><br>   v.<br><br>WAL-MART DISTRIBUTION CENTER<br>AND WAL-MART STORES, INC.,<br><br>            Defendants. | CIVIL ACTION<br>NO. 12-4958 |

# ORDER

**AND NOW**, this 11th day of April 2013, upon consideration of Plaintiff's Motion for Remand (Doc. No. 4), the Response of Defendants in Opposition (Doc. No. 5), the supplemental briefs of Plaintiff (Doc. Nos. 14, 17, 19) and Defendants (Doc. Nos. 15, 18), and the arguments of counsel at the November 2, 2012 hearing, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. Plaintiff's request in Doc. No. 14 to amend the Complaint to join additional Defendants is **GRANTED**.

2. The Clerk of Court shall docket Doc. No. 14, Exhibit A (Doc. No. 14 at 9-24) as the Amended Complaint.

3. Plaintiff's Motion for Remand (Doc. No. 4) is **GRANTED** because diversity of citizenship jurisdiction is destroyed by the addition of the two new Defendants in the Amended Complaint.

4. All outstanding Motions are **DENIED AS MOOT**.

5. The Clerk of Court shall remand this case to the Philadelphia Court of Common Pleas.

6. The Clerk of Court shall close this case for statistical purposes.

                                                  BY THE COURT:

                                                /s/ Joel H. Slomsky
                                                JOEL H. SLOMSKY, J.